```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20132
   DERRICK N EDWARDS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3366

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/30/2007 and was confirmed 12/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED              .00             .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED              .00             .00
CITY OF CHICAGO PARKING    UNSECURED          5720.00              .00             .00
HOUSEHOLD MORTGAGE SERVI   UNSECURED        NOT FILED              .00             .00
HSBC CARSON                UNSECURED        NOT FILED              .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,364.00                           831.20
TOM VAUGHN                 TRUSTEE                                               68.80
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 900.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  831.20
TRUSTEE COMPENSATION                             68.80
DEBTOR REFUND                                      .00
                      ---------------    ---------------
TOTALS                  900.00                  900.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20132 DERRICK N EDWARDS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE